**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 8:14-cv-02138-VMC-MAP |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 96.252.235.193, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

Pursuant to Local Rule 1.04(d), I certify that the instant action is related to pending or closed civil or criminal cases previously filed in this Court as indicated below:

1. Patrick Collins, Inc. v. Does 1-7, Case No. 6:11-cv-00428-GAP-GJK (closed 8/30/11);
2. Patrick Collins, Inc. v. Does 1-4, Case No. 6:11-cv-00415-GAP-GJK (closed 8/31/11);
3. Patrick Collins, Inc. v. Does 1-9, Case No. 2:11-cv-00154-CEH-SPC (closed 8/29/11);
4. Patrick Collins, Inc. v. Does 1-5, Case No. 2:11-cv-00153-JES-DNE (closed 10/12/11);
5. Patrick Collins, Inc. v. Does 1-4, Case No. 6:11-cv-00417-PCF-GJK (closed 10/26/11);
6. Patrick Collins, Inc. v. Does 1-4, Case No. 8:11-cv-00573-JSM-TGW (closed 8/29/11);
7. Patrick Collins, Inc. v. Does 1-6, Case No. 8:11-cv-00570-JSM-MAP (closed 10/14/11);
8. Patrick Collins, Inc. v. Does 1-4, Case No. 8:11-cv-00571-JSM-MAP (closed 8/29/11);
9. Patrick Collins, Inc. v. Does 1-4, Case No. 8:11-cv-00574-JSM-EAJ (closed 10/18/11);
10. K-Beech, Inc. v. Does 1-57, Case No. 2:11-cv-00358-UA-SPC;
11. Nucorp, Ltd. v. Does 1-11, Case No. 8:12-cv-00665-RAL-EAJ (closed 9/18/12);
12. Patrick Collins, Inc. v. Candace Herron, Case No. 6:12-cv-00478-GAP-GJK (closed 8/6/12);
13. Patrick Collins, Inc. v. Does 1-16, Case No. 6:12-cv-00477-ACC-KRS (closed 05/14/12);
14. Raw Films, Ltd. v. Does 1-11, Case No. 8:12-cv-00667-SDM-TBM (closed 9/18/12);
15. Patrick Collins, Inc. v. Does 1-8, Case No. 3:12-cv-00334-TJC-JBT (closed 02/07/13);
16. Malibu Media, LLC. v. Does 1-19, Case No. 3:12-cv-00335-UATC-MCR (closed 12/13/12);
17. Malibu Media, LLC. v. Does 1-18, Case No. 3:12-cv-00336-UAMH-JBT (closed 8/9/12);
18. Malibu Media, LLC. v. Does 1-13, Case No. 2:12-cv-00177-JES-SPC (closed 5/15/13);
19. Malibu Media, LLC v. Does 1-15, Case No. 2:12-cv-00178-UA-DNF (closed 04/15/13);
20. Malibu Media, LLC. v. Does 1-9, Case No. 8:12-cv-00669-SDM-AEP (closed 9/14/12);
21. Malibu Media, LLC. v. Does 1-21, Cas No. 5:12-cv-00159-MMH-TBS (closed 4/10/13);
22. Malibu Media, LLC. v. Does 1-6, Case No. 3:12-cv-00338-HLA-MCR (closed 8/17/12);

23. Malibu Media, LLC. v. Does 1-20, Case No. 3:12-cv-00340-MMH-JRK (closed 8/31/12);
24. Malibu Media, LLC v. Does 1-25, Case No. 2:12-cv-00266-JES-DNF (closed 1/11/13);
25. Malibu Media, LLC v. Does 1-67, Case No. 2:12-cv-00267-UA-AEP (closed 4/11/13);
26. Patrick Collins, Inc. v. Does 1-32, Case No. 3:12-cv-00574-HLA-JRK (closed 5/17/13);
27. Malibu Media, LLC v. Does 1-22, Case No. 3:12-cv-00575-MMH-TEM (closed 2/22/13);
28. Patrick Collins, Inc. v. Does 1-31; Case No. 2:12-cv-00402-UA-SPC (closed 04/26/13);
29. Malibu Media, LLC v. Does 1-24; Case No. 2:12-cv-00425-UA-DNF (closed 01/09/13);
30. Malibu Media, LLC v. Does 1-48; Case No. 2:12-cv-00426-JES-DNF (closed 05/13/13);
31. Malibu Media, LLC v. Does 1-18; Case No. 2:12-cv-00444-UA-DNF (closed 01/08/13);
32. Patrick Collins, Inc. v. Does 1-43; Case No. 2:12-cv-00521-JES-SPC (closed 04/26/13);
33. Third Degree Films, Inc. v. Does 1-70; Case No. 2:12-cv-00522-UA-DNF (closed 05/07/13);
34. Malibu Media, LLC v. Does 1-29; Case No. 2:12-cv-00558-UA-SPC (closed 04/22/13);
35. Malibu Media, LLC v. Doe; Case No. 2:13-cv-00259-SPC-UAM (closed 07/17/13)
36. Malibu Media, LLC v. Does 1-27; Case No. 3:12-cv-01100-HLA-TEM (closed 06/13/13);
37. Malibu Media, LLC v. Doe; Case No. 3:12-cv-01222-TJC-JRK (closed 4/10/13);
38. Malibu Media, LLC v. Does; Case No. 5:12-cv-00522-TJC-PRL (closed 9/26/13);
39. Malibu Media, LLC v. McSorley; Case No. 6:13-cv-00546-CEH-DAB (closed 10/7/13);
40. Malibu Media, LLC v. Does; Case No. 8:12-cv-01074-SDM-AEP (closed 5/6/13);
41. Malibu Media, LLC v. Does 1-55, Case No. 8:12-cv-01075-SDM-TBM (closed 2/6/13);
42. Malibu Media, LLC v. Does 1-20, Case No. 8:12-cv-01076-JDW-AEP (closed 04/17/13);
43. Malibu Media, LLC v. Does 1-26, Case No. 8:12-cv-01077-SDM-TGW (closed 4/30/13);
44. Third Degree Films, Inc. v. Does 1-11; Case No 8:12-cv-01423-JDW-MAP (closed 4/21/13);
45. Malibu Media, LLC v. Does 1-45, Case No. 8:12-cv-01421-MSS-AEP (closed 3/27/14);
46. Malibu Media, LLC v. Does 1-18, Case No. 8:12-cv-01419-EAK-TGW (closed 7/5/13);
47. Malibu Media, LLC v. Does 1-15, Case No. 8:12-cv-01420-JDW-TGW (closed 8/20/13);
48. Malibu Media, LLC v. Does 1-13, Case No. 8:12-cv-01418-SCB-EAJ (closed 4/24/13);
49. Malibu Media, LLC v. Does 1-13, Case No. 8:12-cv-01417-JDW-TBM (closed 1/29/13);
50. Malibu Media, LLC v. Doe 1; Case No. 8:12-cv-01665-VMC-TGW (closed 02/05/13);
51. Malibu Media, LLC v. Does 1-19; Case No. 8:12-cv-01666-JSM-EAJ (closed 03/27/13);
52. Malibu Media, LLC v. Does; Case No. 8:12-cv-01667-JDW-MAP (closed 01/18/13);
53. Patrick Collins, Inc. v. Does; Case No. 8:12-cv-01668-JDW-TBM (closed 5/3/13);
54. Malibu Media, LLC v. Doe 1; Case No. 8:12-cv-01764-VMC-TGW (closed 02/05/13);
55. Malibu Media, LLC v. Does 1-25; Case No. 8:12-cv-01767-JSM-MAP (closed 03/13/13);
56. Patrick Collins, Inc. v. Does 1-32; Case No. 8:12-cv-01769-VMC-TGW (closed 1 2/06/12);
57. Malibu Media, LLC v. Does 1-7; Case No. 8:12-cv-01821-EAK-EAJ (closed 12/17/12);
58. Malibu Media, LLC v. Does 1-8; Case No. 8:12-cv-01822-JDW-MAP (closed 02/05/13);
59. Malibu Media, LLC v. Does 1-20; Case No. 8:12-cv-01823-JSM-AEP (closed 03/14/13);
60. Malibu Media, LLC v. Does 1-72; Case No. 8:12-cv-02301-SDM-AEP (closed 5/6/13);

61. Malibu Media, LLC v. Does 1-24; Case No. 8:13-cv-00079-VMC-EAJ (closed 04/02/13);
62. Malibu Media, LLC. v. Doe; Case No. 8:13-cv-00467-VMC-TBM (closed 9/19/13);
63. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00468-JSM-AEP (closed 8/1/13);
64. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00469-MSS-TGW (closed 5/30/13);
65. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00470-JDW-MAP (closed 9/23/13);
66. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00471-JSM-EAJ (closed 7/30/13);
67. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00472-JDW-EAJ (closed 9/19/13);
68. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00854-MSS-TBM (closed 9/30/13);
69. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00855-MSS-TBM (closed 10/30/13);
70. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00856-SDM-MAP (closed 6/20/13);
71. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00857-MSS-TGW (closed 10/8/13);
72. Malibu Media, LLC v. Doe; Case No. 8:13-cv-00858-JDW-AEP (closed 9/17/13);
73. Malibu Media, LLC v. Doe; Case No. 2:13-cv-00729-JES-DNF;
74. Malibu Media, LLC v. Doe; Case No. 2:13-cv-00730-JES-DNF;
75. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02664-MSS-MAP (closed 04/07/14);
76. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02665-RAL-MAP;
77. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02666-EAK-AEP (closed 12/20/13);
78. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02667-SDM-TGW (closed 2/25/14);
79. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02668-EAK-TBM (closed 1/7/14);
80. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02669-MSS-EAJ (closed 6/12/14);
81. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02670-MSS-TGW (closed 1/24/14);
82. Malibu Media, LLC v. Doe; Case No. 8:13-cv-02671-SDM-AEP (closed 04/04/14);
83. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03007-JSM-TBM;
84. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03008-JSM-MAP;
85. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03009-SDM-TGW (closed 04/09/14);
86. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03010-RAL-AEP (closed 04/28/14);
87. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03011-RAL-TGW (closed 3/27/14);
88. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03012-EAK-TBM (closed 04/24/14);
89. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03013-SCB-EAJ;
90. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03014-RAL-TGW (closed 04/08/14);
91. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03015-EAK-EAJ;
92. Malibu Media, LLC v. Doe; Case No. 8:13-cv-03016-JSM-MAP;
93. Malibu Media, LLC v. Doe; Case no. 8:13-cv-03203-SDM-EAJ;
94. Malibu Media, LLC v. Doe; Case no. 8:13-cv-03204-VMC-TGW (closed 04/29/14);
95. Malibu Media, LLC v. Doe; Case no. 8:13-cv-03205-VMC-TGW (closed 04/04/14);
96. Malibu Media, LLC v. Doe; Case no. 8:13-cv-03207-RAL-TGW;
97. Malibu Media, LLC v. Doe; Case no. 8:13-cv-03208-RAL-TGW (closed 04/04/14);
98. Malibu Media, LLC v. Doe; Case no. 8:13-cv-03209-JDW-AEP;
99. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00653-SDM-AEP;
100. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00654-MSS-EAJ (closed 6/12/14);
101. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00655-JSM-TBM (closed 6/11/14);
102. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00656-EAK-EAJ (closed 6/10/14);
103. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00657-MSS-AEP;
104. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00658-JDW-TGW (closed 6/17/14;
105. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00659-VMC-EAJ;

106. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00660-VMC-AEP;
107. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00661-VMC-TGW (closed 6/30/14);
108. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00662-SCB-TBM (closed 6/23/14);
109. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00663-VMC-AEP (closed 7/22/14);
110. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00664-MSS-TGW;
111. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00665-JDW-AEP (closed 7/31/14);
112. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00666-JSM-MAP (closed 8/20/14);
113. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00667-MSS-TBM (closed 7/25/14);
114. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00669-JSM-AEP (closed 5/14/14);
115. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00670-VMC-AEP (closed 7/9/14)
116. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00869-SDM-EAJ (closed 8/26/14);
117. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00870-EAK-MAP (closed 7/11/14);
118. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00871-MSS-AEP (closed 6/20/14);
119. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00872-SDM-TGW (closed 7/7/14);
120. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00873-MSS-TBM;
121. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00874-VMC-AEP;
122. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00875-JDW-AEP;
123. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00876-JSM-AEP (closed 8/14/14)
124. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00877-JSM-TGW;
125. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00878-MSS-AEP;
126. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00879-VMC-AEP (closed 9/4/14);
127. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00880-SDM-TBM;
128. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00881-JSM-TGW (closed 8/20/14);
129. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00882-MSS-AEP (closed 7/11/14);
130. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00883-SDM-TBM (closed 8/26/14);
131. Malibu Media, LLC v. Doe; Case no. 8:14-cv-00884-VMC-EAJ (closed 8/27/14);
132. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01566-JSM-AEP;
133. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01567-VMC-EAJ;
134. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01568-JSM-TGW;
135. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01569-SCB-MAP;
136. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01570-JSM-EAJ;
137. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01571-EAK-MAP;
138. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01572-SDM-TBM;
139. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01573-JDW-EAJ;
140. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01574-SDM-EAJ;
141. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01575-MSS-MAP;
142. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01577-JSM-AEP;
143. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01578-SCB-TBM;
144. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01579-JDW-TBM;
145. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01580-VMC-TBM;
146. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01581-SDM-EAJ;
147. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01582-MSS-MAP;
148. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01583-MSS-TGW;
149. Malibu Media, LLC v. Doe; Case No. 8:14-cv-01584-VMC-TGW;
150. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02132-JDW-EAJ;
151. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02133-JSM-EAJ;

152. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02134-SDM-MAP;
153. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02135-SDM-MAP;
154. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02136-CEH-TBM;
155. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02137-EAK-TBM;
156. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02138-VMC-MAP;
157. Malibu Media, LLC v. Doe; Case No. 8:14-cv-02140-JDW-MAP;

Dated September 12, 2014	Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *M. Keith Lipscomb*

**SERVICE LIST**

U.S. District Court
Middle District of Florida
Civil Case No. : ⊰36/ex/2435: /XO E/O CR

1. Plaintiff does not yet have Defendant's name or address.

5